U             IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        JONESBORO DIVISION

**KEVIN RUSSELL**                                                                          **PLAINTIFF**

**V.**                          **NO. 3:15CV00230-JTR**

**CAROLYN W. COLVIN,**                                                              **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 5th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE