UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN RUSSELL**                                                                                      **PLAINTIFF**

V.                              NO. 3:15-CV-00230-JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Kevin Russell's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 25*. The Commissioner does not object to Plaintiff's request. *Doc. 27*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of $2,299.92 ($2,279.85 in fees and $20.07 in expenses). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (*doc. 25*) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $2,299.92 in attorney's fees and expenses under the EAJA.[1]

Dated this 9th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.